# Third District Court of Appeal

## State of Florida

Opinion filed March 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0693
Lower Tribunal No. 24-51552-SP-23

_____

**Ashley Hall,**
Appellant,

vs.

**Bank of America, N.A.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Ashley Hall, in proper person.

Andreu, Palma, Lavin & Solis, PLLC, and Carlos Cruanes, for appellee.

Before LOGUE, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.